CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 03 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| AARON EUGENE WOODS, | ) | Criminal Action Nos. | 7:09CR00043 |
| Petitioner, | ) | | 7:09CR00064 |
| v. | ) | | |
| UNITED STATES OF AMERICA, | ) | **ORDER** | |
| Respondent. | ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge | |

This case is before the court on the government's motions to dismiss the petitioner's 28 U.S.C. § 2255 motions to vacate. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the government's motions to dismiss are **GRANTED** and that the petitioner's motions to vacate are **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Woods and to all counsel of record.

ENTER: This 3rd day of February, 2012.

/s/ Glen E. Conrad
Chief United States District Judge